UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. SAADI,

      Plaintiff,

v.                                                     Case No. 8:07-cv-1976-T-24 MAP

JOHN DOE #1, ET AL.,

      Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Authorization to File Electronically (Doc. No. 2). Plaintiff, Edward T. Saadi, is proceeding *pro se*. The Court hereby **GRANTS** Plaintiff's Motion and directs Plaintiff to sign up for CM/ECF, enter an email address in his CM/ECF account, and electronically file notice of compliance with this Court's Order by December 6, 2007. The Clerk is directed not to send paper copies to Plaintiff after sending this Order.

The Court notes that, even though Plaintiff is proceeding *pro se*, he is obligated to follow the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Administrative Procedures for Electronic Filing when litigating before this Court. The Court directs Plaintiff to obtain a copy of these rules and procedures, which can be found by accessing the Court's website at www.flmd.uscourts.gov.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff