UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. SAADI,

    Plaintiff,

vs.    Case No. 8:07-cv-1976-T-24-MAP

JOHN DOE #1, *et al.*,

    Defendants.

_____

**O R D E R**

This cause comes before the Court on Plaintiff's Motion for Entry of Default Against Defendants Pierre A. Maroun and Hala Fakhre. (Doc. No. 27). Plaintiff states that Defendants Pierre A. Maroun and Hala Fakhre have failed to file an answer or other response to his Second Amended Complaint, which was filed on May 4, 2008. However, on the same day that Plaintiff filed the instant motion, and only one day late, Defendants Pierre A. Maroun and Hala Fakhre filed their Motion to Dismiss. (Doc. No. 28). The Court finds that this case should proceed on its merits, and therefore, Plaintiff's Motion for Entry of Default Against Defendants Pierre A. Maroun and Hala Fakhre (Doc. No. 27) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of May, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge