UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. SAADI,

    Plaintiff,

v().                                            Case No. 8:07-cv-1976-T-24MAP

JOHN DOE #1, *et al.*,

    Defendants.
_____/

**<u>ORDER</u>**

This cause comes before the Court on Plaintiff's Response to this Court's Order to Show Cause (Doc. No. 32). On May 27, 2008, this Court entered an Order to Show Cause directing Plaintiff to show cause as to why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05. (Doc. No. 31). On June 2, 2008, Plaintiff filed the instant response, stating that the parties have scheduled to confer for purposes of finalizing a Case Management Report on June 6, 2008, and that a Case Management Report will be filed immediately thereafter. The Court construes this statement as a motion to extend the deadline for filing the Case Management Report. Upon consideration, the motion is granted. Plaintiff shall file the Case Management Report on or before June 9, 2008. Failure to file the Case Management Report within this time frame shall result in this action being dismissed without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of June, 2008.

Copies to:
Counsel of Record
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge