IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. SAADI, an Individual,

Plaintiff,

v.

PIERRE A. MAROUN, aka “Losers,” an individual, HALA FAKHRE MAROUN aka HALA MAROUN aka HALA FAKHRE aka “Losers,” an individual, JOHN DOE #3, aka “Bashir4Ever,” an individual whose name is presently unknown, JOHN DOE #4, aka “Bush,” an individual whose name is presently unknown, JOHN DOE #5, aka “b2a3kafra,” an individual whose name is presently unknown, and JOHN DOES #6-12, individuals, corporations, organizations, or other legal entities whose names are presently unknown,

Defendants.

Case No.: 8:07-CV-01976-SCB-MAP

**ANSWER AND AFFIRMATIVE DEFENSES TO FOURTH AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES AND DEMAND FOR JURY TRIAL**

COME NOW Defendants PIERRE A. MAROUN and MAROUN’S INTERNATIONAL, LLC, by and through their undersigned attorneys, and in response to the correspondingly numbered paragraphs of the Plaintiff’s *Fourth Amended Complaint For Injunctive Relief And Damages And Demand For Jury Trial*, state as follows:

1. Admitted that this is an action for injunctive relief and damages only, otherwise Denied.

2. Admitted for jurisdictional purposes only.

3. Admitted for the purpose of establishing venue in the United States District Court for the Middle District of Florida, otherwise Denied.

4. Admitted that the Defendants are residents of the State of Florida and/or have their principal place of business in the State of Florida, otherwise Denied.

5. Admitted.

6. Admitted.

7. Without knowledge, therefore Denied.

8. Without knowledge, therefore Denied.

9. Without knowledge, therefore Denied.

10. Admitted that Maroun's International, LLC is a Florida Limited Liability Company, otherwise Denied.

11. Denied.

12. Without knowledge, therefore Denied.

13. Without knowledge as to the identities of John Does 3 – 5 and 7 – 12, therefore Denied. Defendants object to Plaintiff's reservation to amend the Fourth Amended Complaint in the future, as this reservation directly violates the Court's February 10, 2009 order which granted Plaintiff's Motion to supplement, but also ordered that "NO FURTHER AMENDMENTS WILL BE PERMITTED."

14. Without knowledge, therefore Denied.

15. Without knowledge, therefore Denied.

16. Without knowledge, therefore Denied.

17. Without knowledge, therefore Denied.

18. Without knowledge, therefore Denied.

19. Without knowledge, therefore Denied.

20. Without knowledge, therefore Denied.

21. Denied.

22. Denied.

23. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "F," otherwise Denied.

24. Admitted as to the existence of the documents attached to the Fourth Amended Complaint as Exhibit "G" and Exhibit "H," otherwise Denied.

25. Admitted as to the receipt of the document attached to the Fourth Amended Complaint as Exhibit "I," otherwise Denied.

26. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "J," otherwise Denied.

27. Denied.

28. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "K," otherwise Denied.

29. Admitted as to the receipt of the document attached to the Fourth Amended Complaint as Exhibit "L," otherwise Denied.

30. Without knowledge, therefore Denied.

31. Without knowledge, therefore Denied.

**COUNT I – DEFAMATION (LIBEL)**

32. Answers listed above are re-affirmed as if each re-alleged paragraph was fully set forth here.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

FIRST DEFENSE

Count I fails to state a claim against the Defendants upon which relief can be granted, and all of Plaintiff's damages are the result of actions taken either by himself or unknown parties.

SECOND DEFENSE

The Defendants assert the affirmative defense of truth.

**COUNT II – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

42. Answers listed above are re-affirmed as if each re-alleged paragraph was fully set forth here.

43. Admitted as to the existence of a complaint for assault filed by Plaintiff in 2001, otherwise without knowledge, and therefore Denied.

44. Without knowledge, therefore Denied.

45. Without knowledge, therefore Denied.

46. Without knowledge, therefore Denied.

47. Denied.

48. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "M," otherwise Denied.

49. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "N," otherwise Denied.

50. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "O," otherwise Denied.

51. Denied.

52. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "P," otherwise Denied.

53. Denied.

54. Denied.

55. Admitted.

56. Denied.

57. Denied.

58. Admitted as to the existence of the document attached to the Fourth Amended Complaint as Exhibit "G," otherwise Denied.

59. Admitted as to the existence of the documents attached to the Fourth Amended Complaint as Exhibit "J" and Exhibit "K," otherwise Denied.

60. Denied.

61. Denied.

62. Denied.

63. Without knowledge, therefore Denied.

64. Denied.

65. Without knowledge, therefore Denied.

FIRST DEFENSE

Count II fails to state a claim against the Defendants upon which relief can be granted, and has specifically failed to allege any conduct on the part of Defendant Maroun's International LLC that would support any claim for damages against the entity.

**COUNT III – PRELIMINARY AND PERMANENT INJUNCTION**

66. Answers listed above re-affirmed as if each re-alleged paragraph was fully set forth here.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

FIRST DEFENSE

Count III fails to state a claim against the Defendants upon which relief can be granted.

Dated this 25th day of February, 2009.

Respectfully submitted by,

/s Jill A. Schuh

Jill Schuh, Esquire (FBN: 36453)
Lior Segal, Esquire (FBN: 37837)
SEGAL & SCHUH LAW GROUP, P.L.
13575 58th Street North, Suite 140
Clearwater, Florida 33760
Tel: 727-824-5775 / Fax: 888-672-7347
Jill@segalschuh.com /Lee@segalschuh.com
*Attorneys for Defendants Pierre Maroun and Maroun's International, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the court on this 25h day of February, 2009 and sent by regular U.S. Mail to William J. Brown, Esquire, 777 Brickell Avenue, Suite 1114, Miami, Florida 33131, on the 26th day of February, 2009.

/s Jill A. Schuh
___________________________________

Jill Schuh, Esquire (FBN: 36453)
Lior Segal, Esquire (FBN: 37837)
SEGAL & SCHUH LAW GROUP, P.L.
13575 58th Street North, Suite 140
Clearwater, Florida 33760
Tel: 727-824-5775 / Fax: 888-672-7347
Jill@segalschuh.com/Lee@segalschuh.com

Mark E. Pena, Esquire (FBN: 006254)
LAW OFFICE OF MARK E. PENA, P.A.
334 South Hyde Park Avenue, 2d Floor
Tampa, Florida 33606
Tel: 813-251-1289 / Fax: 813-258-1810
Lpena001@tampabay.rr.com

*Attorneys for Defendants Pierre Maroun and Maroun's International, LLC*