**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| EDWARD T. SAADI, | ) CASE NO.: 07-CV-01976-SCB-MAP |
| Plaintiff, | ) Judge Susan C. Bucklew |
| | ) Mag. Mark A. Pizzo |
| v. | ) |
| PIERRE A. MAROUN, et. al, | ) **PLAINTIFF'S PRETRIAL STATEMENT** |
| Defendants | ) |

**PLAINTIFF'S PRETRIAL STATEMENT**

Pursuant to Rule 3.06(c) of the Local Rules of the Middle District of Florida, Plaintiff files this pretrial statement. The parties communicated regarding the filing of a joint pretrial statement, but a medical emergency intervened; therefore, in order to meet the court's filing deadline, the parties agreed to file separate preliminary pretrial statements and to thereafter discuss the pertinent issues more fully and file an amended joint pretrial statement prior to the pretrial conference.

1. **The Basis of Federal Jurisdiction**

The basis of federal jurisdiction in this case is diversity of citizenship and an amount in controversy exceeding $75,000.

2. **A Concise Statement of the Nature of the Action**

This is a case for injunctive relief and damages arising from a campaign of libel and extreme and outrageous conduct perpetrated by the Defendants against the Plaintiff on the Internet.

1            PLAINTIFF'S PRETRIAL STATEMENT

3. **A Brief, General Statement of Plaintiff's Case**

Defendants published, to the five websites shown in Exhibits A, B, C, G & J of the Fourth Amended Complaint, numerous libelous statements which falsely accuse the Plaintiff of being involved in various forms of illegal, unethical, and unprofessional activity, and which call into question Plaintiff's professional credentials. The statements have been widely disseminated and have caused extensive damage to the Plaintiff's business and personal reputation.

Defendants have also engaged in extreme and outrageous conduct with the purpose of intentionally inflicting emotional distress on the Plaintiff. This conduct includes, but is not limited to, (1) threats of physical harm to the Plaintiff and his elderly father, and (2) publishing the private residential address of the Plaintiff's elderly parents, the Plaintiff's office address, and the Plaintiff's private cellular phone number to a widely disseminated website alongside false statements that the Plaintiff and his father support and fund anti-American terrorism.

4. **A List of All Exhibits**

   a. All exhibits attached to the Fourth Amended Complaint;

   b. photographs of Plaintiff's automobile (Bates 917-931);

   c. Letter from Household Auto Finance and Loan Repayment and Security Agreement (Bates 855-864, 903-912);

   d. compact disc containing telephone voicemails (Bates number illegible due to smudging of ink);

   e. Plaintiff's diplomas and certificates of admission to practice (Bates 6-14);

   f. Police reports and other documents re: James Dimuzio and Anthony Dimuzio (Bates 15-50, 849-854);

   g. Newspaper articles (Bates 51-58);

   h. Invoice from Maroun's Motors (Bates 59);

   i. Odometer Disclosure Statement (Bates 60);

j. State of Ohio vehicle registration (Bates 61);

k. Documents produced by Google, Inc. (Bates 62-65, 82-83, and 117-194);

l. Fax from Suzanne Abbott (Bates 66);

m. Documents produced by Yahoo!, Inc. (Bates 67-69);

n. Fax from Televations, Inc. (Bates 70-81);

o. Printout of biggestloosers.blogspot.com on 2/25/08 (Bates 84);

p. Documents related to State of Florida v. Maroun, 2007-CM-025005 (Bates 97-116);

q. Documents produced by XO Communications, Inc. and fax from Steve Jones (Bates 85-96);

r. Fax from Tara Jones at AOL (Bates 195-197);

s. Fax from AT&T (Bates 198-199);

t. Police report concerning assault of the Plaintiff (Bates 263);

u. Printout of forum posting on www.lebspy.com (Bates 264-267);

v. Printouts of postings on biggestloosers.blogspot.com (Bates 269-282, 285, 293, 379-395, 842-844, 865-868);

w. Printouts from www.google.com (Bates 283, 287, 291, 294, 296, 298, 300, 302, 304, );

x. Printout from search.yahoo.com (Bates 286);

y. Printout from www.altavista.com (Bates 289);

z. Printouts from www.alcc-research.com (Bates 306-344, 346-350, 357-360, 441, 801-804, 828-836, 875-885, 893);

aa. Printout from www.globalpolitician.com (Bates 345);

bb. Printout from www.worldsecuritynetwork.com (Bates 351-353);

cc. FRE 902(11) Declaration of Custodian of Records Shannon Chance Baylor at Yahoo! with attachments (Bates 371-373);

dd. Fax from XO Communications (Bates 404-411);

ee. Fax from Telovations, Inc. (Bates 412-423);

ff. Letter from Google, and subpoena response (Bates 428-429);

gg. FRE 902(11) Declaration of Custodian of Records Christian Lee at Yahoo! dated January 26, 2009, with attachments (Bates 430-433);

hh. Printouts from www.bachirgemayel.org (Bates 438-439, 869-870);

ii. Printout from www.lebforces.org (Bates 871-872);

jj. Letters pursuant to Fla. Stat. Ann §770.01 (Bates 873-874, 892, 897);

kk. Printouts of emails (Bates 442-450, 837-841, 898-902);

ll. Email to yahoogroups.com (Bates 805, 895-896);

mm. Health Insurance Claim Form (Bates 964); **CONFIDENTIAL**

nn. Medical Records (Bates 965-974, 978-988); **CONFIDENTIAL**

oo. Medical Bills (Bates 975-977, 989-996, 1025-1040); **CONFIDENTIAL**

pp. Photograph of Defendant Pierre Maroun posing with former Prime Minister Michel Aoun (Bates 932)

qq. Unsigned Contingent Fee Contract between Miroslaw Kukielka and Edward T. Saadi (Bates 997-999)

rr. Invoice from Network Solutions (Bates 1038);

ss. Invoice from Bluehost (Bates 1039);

tt. Invoice from GoDaddy (Bates 1040);

uu. Articles of incorporation (Lebanon Relief, Inc. Bates-stamped Confidential 00002-0003, 00020-00021); **CONFIDENTIAL**

vv. Application for 501(c)(3) status (Lebanon Relief, Inc. Bates-stamped Confidential 00004-00018); **CONFIDENTIAL**

ww. Letters from IRS granting 501(c)(3) status (Lebanon Relief, Inc. Bates-stamped Confidential 00023-00026, 00029); **CONFIDENTIAL**

xx. Resolution of Board of Directors (Lebanon Relief, Inc. Bates-stamped Confidential 00030); **CONFIDENTIAL**

yy. Lebanon Relief, Inc. tax returns (Lebanon Relief, Inc. Bates-stamped Confidential 00031-00065); **CONFIDENTIAL**

zz. FRE 902(11) Declaration of Custodian of Records for Google, Inc. Suzanne Abbott dated 2/23/09 18:46:49 (GMT), with attachment;

aaa. FRE 902(11) Declaration of Custodian of Records for Google, Inc. Suzanne Abbott dated 2/23/09 19:13:23 (GMT), with attachments;

bbb. FRE 902(11) Declaration of Custodian of Records for XO Communications, Inc. Steve Jones dated 2/4/09, with attachments;

ccc. FRE 902(11) Declaration of Custodian of Records for Telovations, Inc. Doug Knight dated 2/23/09, with attachments;

ddd. Defendant Pierre Maroun's Responses to Plaintiff's Interrogatories;

eee. Plaintiff's First Set of Requests for Admission to Defendant Pierre A. Maroun and Defendant Pierre Maroun's Responses to Plaintiff's Request for Admissions;

fff. Defendant Hala Fakhre Maroun's Responses to Plaintiff's Interrogatories;

ggg. Plaintiff's First Set of Requests for Admission to Defendant Hala Fakhre Maroun and Defendant Hala Fakhre Maroun's Responses to Plaintiff's Request for Admissions;

hhh. Defendant Maroun's International, LLC's Responses to Plaintiff's Interrogatories;

iii. Expert Witness Report of Daniel Plante, Ph.D. and all attachments;

jjj. Curriculum Vitae of Daniel Plante, Ph.D.;

kkk. Expert Report of Gary Nissenbaum, Esq. and all attachments;

lll. Curriculum Vitae of Daniel Plante, Ph.D.;

mmm. Printout of home page of AmericanLebanese Yahoo! Group (Exh. #1 to Deposition of Eddie Fadel, Bates 1000-1002);

nnn. Printout of email with subject "Stop Funding Terrorism" (Exh. #2 to Deposition of Eddie Fadel, Bates 1003-1004);

ooo. Printout of website at www.alcc-research.com/news_articles/LebanonReliefInc.html (Exh. #3 to Deposition of Eddie Fadel, Bates 1005-1006);

ppp. Notice of Opposition in Zidian Manufacturing v. Amador (Exh. #1 to Deposition of Howard Smukler, Bates 1009-1017);

qqq. Answer to Opposition in Zidian Manufacturing v. Amador (Exh. #2 to Deposition of Howard Smukler, Bates 1018-1024);

rrr. Exhibits "Maroun 1" through "Maroun 23" of the Deposition of Pierre A. Maroun: Specifically: Maroun 1: Exhibit A of the Fourth Amended Complaint (FAC); Maroun 2: Exhibit B of the FAC; Maroun 3: Exhibit C of the FAC; Maroun 4: Exhibit D of the FAC; Maroun 5: Exhibit E of the FAC; Maroun 6: Exhibit F of the FAC; Maroun 7: Exhibit G of the FAC; Maroun 8: Exhibit H of the FAC; Maroun 9: Exhibit I of the FAC; Maroun 10: Exhibit J of the FAC; Maroun 11: Exhibit K of the FAC; Maroun 12: Exhibit L of the FAC; Maroun 13: Exhibit M of the FAC; Maroun 14: Exhibit N of the FAC; Maroun 15: Exhibit M of the FAC; Maroun 16: printout of the website at biggestloosers.blogspot.com; Maroun 17: printout of an email dated 2/13/06; Maroun 18: printout of an email dated 2/13/06; Maroun 19: printout of an email dated 2/13/06; Maroun 20: printout of an email dated 2/13/06; Maroun 21: printout of an email dated 2/13/06; Maroun 22: printout of a webpage at www.alcc-research.com/Simple_Thoughts/SimpleThoughts.html; Maroun 23: Photograph of Defendant Pierre A. Maroun posing with Former Prime Minister Michel Aoun.

**5. A List of All Witnesses Who May Be Called at Trial**

a. Edward T. Saadi (Plaintiff)

b. Miroslaw Kukielka

c. Eddie Fadel

d. Howard Smukler

e. Elias T. Saadi, M.D.

f. Kerri Capone

g. Peggy Saadi

|   |   |    |                                      |
|---|---|----|--------------------------------------|
| 1 |   | h. | Hala Fakhre Maroun                   |
| 2 |   | i. | Maroun's International, LLC (Defendant) |
|   |   | j. | Google, Inc.                         |
|   |   | k. | Yahoo!, Inc.                         |
|   |   | l. | XO Communications, Inc.              |
|   |   | m. | Telovations, Inc.                    |
|   |   | n. | Bright House Networks, LLC           |
|   |   | o. | Ozgur I. Ozkan, M.D.                 |
|   |   | p. | Professional Engineering, Inc.       |
|   |   | q. | Soho 1 Cigar, LLC                    |
|   |   | r. | Azam Elsheikh                        |
|   |   | s. | Antoine Maroun                       |
|   |   | t. | Maroun's Motors, Inc.                |
|   |   | u. | Pierre A. Maroun (Defendant)         |
|   |   | v. | Gary Nissembaum, Esq.                |
|   |   | w. | Daniel Plante, Ph.D.                 |

6. **A List of All Expert Witnesses**

   a. <u>Daniel Plante, Ph.D.</u> will testify as to the origin of the postings shown on Exhibit A, B, C, G, and J of the Fourth Amended Complaint.

   b. <u>Gary Nissenbaum, Esq.</u> will testify that the Plaintiff's personal and professional reputation and standing in the community suffered great damage as a result of the defamatory statements, as did the Plaintiff's capacity for client development as a practicing attorney. Mr. Nissenbaum will also testify

on the issue of personal humiliation suffered by the Plaintiff, and on the issue damages suffered by the Plaintiff generally.

**7. Elements of Money Damages Claim**

    a.    Loss of Miroslaw Kukielka as a client: $30,000.

    b.    Damage to future client development and ability to attract clients: $50,000.

    c.    Injury to reputation & professional standing, damage to public image, shame, humiliation, mental anguish and distress, hurt feelings, embarrassment, lost earnings, lost working time, emotional distress, humiliation, impairment of social relationships, religious relationships, family relationships, & personal relationships: $50,000.

    d.    Costs of medical care and treatment, costs of medications: $3038.40.

    e.    Sleeplessness, excessive sweating, loss of appetite, anxiety, churning stomach, heartburn, stomach pain, anhedonia, abdominal cramps, diarrhea, weight loss, bad dreams, hyperproduction of stomach acid, erosion of the stomach lining, abdominal pain, high blood pressure, irritability, agitation, gastritis, erosive gastritis, and duodenitis: $50,000.

    f.    Costs of attempting to counteract the Internet postings: $437.98.

    g.    Punitive Damages: $50,000.

**8. A List of All Depositions to be Offered in Evidence**

    a.    Deposition of Miroslaw Kukielka dated February 18, 2009 – Entire Deposition.

    b.    Deposition of Eddie Fadel dated February 25, 2009 – Entire Deposition.

    c.    Deposition of Howard Smukler dated January 28, 2009 – Entire Deposition.

    d.    Deposition of Hala Fakhre Maroun dated February 27, 2009 – Entire Deposition.

    e.    Deposition of Pierre A. Maroun dated February 24, 2009 – Entire Deposition.

9. **Statement of Admitted Facts Requiring No Proof At Trial**

The Defendant has admitted to authorship of Exhibits G and J of the FAC, and the Court has granted summary judgment to the Plaintiff with regard to such authorship. Defendant Maroun has admitted to the publication of the statements in Exhibits G and J to "millions" of people. Defendant Maroun has admitted that he is the sole employee, member, and agent of Maroun's International, LLC. The Court has granted summary judgment to the Plaintiff on the issue of whether the statements in said Exhibits are about the Plaintiff. The Court has further granted summary judgment to Plaintiff on the issue of whether the Defendants' postings are "protected" as political opinion. Defendant Maroun has further admitted that he has no personal knowledge upon which to establish the truth of the statements shown in Exhibit J.

10. **A Concise Statement of Applicable Principles of Law on Which There is Agreement:**

The Parties have not exchanged proposed jury instructions, therefore, it is difficult to determine what principles of law are agreed upon and what are not. The parties intend to discuss this issue further during a telephone conference scheduled for August 4, 2009 at 2:00p.m. and will include a more complete answer in their joint final pretrial statement to be filed before the pretrial conference.

11. **A Concise Statement of Those Issues of Fact Which Remain to be Litigated**

Issues remaining to be litigated include: (a) Defendant Maroun's authorship of Exhibits A, B and C of the FAC; (b) the falsity of the statements; (c) whether the statements in Exhibit A, B, and C are about the Plaintiff; (d) publication of the statements in Exhibits A, B, and C to third parties; (e) the amount of Plaintiff's damages; (e) whether defendant Maroun's International, LLC is liable for the statements published by Maroun.

**12. A Concise Statement of Those Issues of Law Which Remain for Determination by the Court**

Plaintiff believes that whether a statement is defamatory *per se* is an issue of law for the Court. Plaintiff requests that the Court make a determination prior to trial as to whether each of the statements shown in Exhibits A, B, C, G, and J are defamatory *per se* if proven false.

**13. A Concise Statement of Any Disagreement as to the Application of the Federal Rules of Evidence or the Federal Rules of Civil Procedure**

There appears to be agreement that the Federal Rules of Evidence and the Federal Rules of Civil Procedure are applicable to this case.

**14. A List of All Motions or Other Matters Which Require Action by the Court**

Plaintiff's *Motion for Leave to Take Trial Depositions of Experts Gary Nissenbaum, Esq. and Daniel Plante, Ph.D.*, and Plaintiff's *Motion Under FRCP 30(g) For Award of Expenses and Attorney's Fees for Failure to Attend Deposition* require action by the Court. Furthermore, the Plaintiff is still awaiting a decision from the Southern District of Florida on his *Motion to Compel Compliance With Subpoenas to Bright House Networks, LLC and Joseph Hage*.

Dated this 3rd day of August, 2009

**s/ Edward T. Saadi** .
EDWARD T. SAADI
970 Windham Court, Suite #7
Boardman, Ohio 44512
(330) 782-1954
(330) 266-7489 (fax)
EdwardSaadi@aol.com
*Plaintiff*

**s/ William J. Brown** .
WILLIAM J. BROWN, ESQ.
777 Brickell Ave., Suite 1114
Miami, Florida 33131
(305) 536-3438
(305) 536-3437 (fax)
wjblaw@bellsouth.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 3, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: ___NONE_____.

                                         **s/ Edward T. Saadi**         .
EDWARD T. SAADI
970 Windham Court, Suite #7
Boardman, Ohio  44512
(330) 782-1954; (330) 266-7489 (fax)
EdwardSaadi@aol.com