UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. SAADI,

    Plaintiff,

v.                                           Case No. 8:07-cv-1976-T-24 MAP

PIERRE A. MAROUN, et al.,

    Defendants,
_____/

## ORDER

    The Court now considers Plaintiff's motion (Doc. 184) to strike two of Defendants' previous motions—Defendants' Motion in Limine to Exclude from Trial Plaintiff's Experts and Expert Reports (Doc. 181), and Defendants' Motion in Limine to Exclude Deposition Testimony of Mirolaw Kukielka and Howard Smukler (Doc. 179).

    Defendants failed when filing these two motions to comply with Local Rule 3.01(g), which requires parties to confer with opposing counsel in good faith to resolve issues raised by a motion. Defendants should have complied with the Local Rule. However, rather than require Defendants to refile the motions so close to the start of trial, the Court will permit the motions to stand and will rule on the merits of the motions.

    Therefore, it is ORDERED and ADJUDGED that Plaintiff's Motion to Strike (Doc. 184) is **DENIED**.

    **DONE and ORDERED** at Tampa, Florida, this 17th day of September, 2009.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge

1