UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


EDWARD T. SAADI,

      Plaintiff,

v.                                                                                    Case No.  8:07-cv-1976-T-24 MAP

PIERRE A. MAROUN, et al.,

      Defendants,

_____/

## ORDER

The Court now considers Plaintiff's Motion to Exclude from Trial the Testimony of

Antoine Maroun.  (Doc. 182.)

Plaintiff asks the Court to exclude Antoine Maroun's trial testimony because Mr. Maroun

failed to comply with a subpoena and court order to produce documents.

The Court does not have a legal basis to exclude Mr. Antoine Maroun's testimony simply

because he may not have produced the documents under subpoena.  The Court can revisit this

issue should Mr. Antoine Maroun testify at trial about any of the documents under subpoena.

Accordingly, it is ORDERED and ADJUDGED that Plaintiff's Motion to Exclude from

Trial the Testimony of Antoine Maroun is **DENIED**.  (Doc. 182.)

**DONE AND ORDERED** at Tampa, Florida, this 17th day of September, 2009.


SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

1