UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD T. SAADI,

    Plaintiff,

v.                                              Case No. 8:07-cv-1976-T-24 MAP

PIERRE A. MAROUN, ET AL.,

    Defendants.

_____/

## **ORDER**

This cause comes before the Court on Impleaded Defendant Maroun International, LLC's Motion to Dismiss or Strike. (Doc. No. 408). This motion was referred to Magistrate Judge Sneed, who issued a Report and Recommendation, in which she recommends granting the motion to dismiss and allowing Plaintiff leave to amend. (Doc. No. 415). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 415) is adopted and incorporated by reference in this Order of the Court.

    (2)    Impleaded Defendant Maroun International, LLC's Motion to Dismiss or Strike (Doc. No. 408) is **GRANTED** to the extent that the Impleader Complaint (Doc. No. 397) is **DISMISSED WITHOUT PREJUDICE.**

(3) Plaintiff is granted leave to file the Amended Impleader Complaint (Doc. No. 416), which has been filed.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of September, 2019.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record